IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

David Lee Carr,

        Plaintiff                  Civil Action 2:10-cv-00673

      v.                                  Judge Gregory Frost

Sheriff George Lavender, Jr. *et al.*,       Magistrate Judge Abel
        Defendants

## ORDER

Plaintiff David Carr, a detainee incarcerated at the Ross County Jail, brings this action alleging that defendants Sheriff George Lavender, R.N. Shawna Ott, Richard Harrison, T.J. Hollis, Chris Davis, Martin Brooks, Walter Miller, James Bridenbaugh, Terresa Holman, Tracy Beverly, Diana Lynch, and Katie Tomas alleging violations of the Health Insurance Portability and Accountability Act, Ohio Minimum Jail Standards, Federal Minimum Standards for Jails, Ohio medical laws and provisions of the Ohio and United States Constitutions.  This matter is before the Court on Magistrate Judge Abel's April 8, 2011 Report and Recommendation recommending that plaintiff's March 17, 2011 motion to consolidate multiple actions into a class action suit (doc. 17) be denied. No objections have been filed.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation (doc. 21) and **DENIES** plaintiff David Lee Carr's March 17, 2011 motion to consolidate multiple actions into a class action suit (doc. 17).

                                                              /s/   Gregory L. Frost
                                                              Gregory L. Frost
                                                              United States District Judge